UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STEVEN HAYNES #06238-078 | CASE NO. 2:18-CV-01356 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| U S DEPT OF JUSTICE ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 8] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of Plaintiff's response to the Report and Recommendation [Doc. No. 10], and having determined that the findings are correct under applicable law:

**IT IS ORDERED** that Plaintiff's claims for restoration of his good conduct time and expungement/reversal of his disciplinary convictions are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff's remaining claims, i.e. those that seek monetary relief based upon allegations of civil rights violations, be transferred to the United States District Court for the Northern District of Florida.

**THUS SIGNED** in Chambers on this 13th day of December, 2018.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE